**Bruno Garshva, Plaintiff-Appellee, v. City of Rockford, a Municipal Corporation, Defendant-Appellant.**

Gen. No. 68–40. 

Second District.

March 6, 1969.

Rehearing denied March 27, 1969.

John W. Nielsen, City Attorney, of Rockford, for appellant; Pedderson, Menzimer, Conde and Stoner, of Rockford, for appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. **Not to be published in full.**